UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-62579-CIV-MORENO

GARY BAPTISTE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING THE MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Motion to Vacate Sentence **(D.E. No. 1)**, filed on **November 12, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 28)** on **July 27, 2015**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that are presented in the Movant's objections to the Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 28)** on **July 27, 2015** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the motion to vacate the sentence is DENIED as time-barred. It is also

**ADJUDGED** no certificate of appealability shall issue because movant has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2). It is also

**ADJUDGED** that this case is closed and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _8_ day of September, 2015.

                                                                FEDERICO A. MORENO
                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Counsel of Record

Gary Baptiste, *pro se*
Reg. No. 91358-004
U.S.P.-Atwater
Post Office Box 019001
Atwater, California 95301